1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | MARC PRICE WOLF (CABN 254495)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6488

7 | Fax: (415) 436-7234
Email: Marc.Wolf@usdoj.gov

8

9 | Attorneys for the United States of America

FILED

DEC 11 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,               )   No. CR 10-0783-NC
                                        )
            v.                          )   MOTION AND [PROPOSED] ORDER
                                        )   TO DISMISS INFORMATION
DOUGLAS BONILLA,                        )
                                        )
            Defendant.                  )
_____)

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Information with prejudice. The government has been informed by United States Probation

///
///
///
///
///
///

Motion and [Proposed] Order to Dismiss Information
CR 10-0783-NC

Officer Daniel Zurita that the defendant has successfully completed prejudgment probation.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: 12/11/2012

/s/
Marc Price Wolf
Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information with prejudice.

Dated: 12/11/2012

NATHANAEL M. COUSINS
United States Magistrate Judge

Motion and [Proposed] Order to Dismiss Information
CR 10-0783-NC                                   2